UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **APPROVED MORTGAGE, LLC** | **CASE NO. 6:23-CV-00934** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WINTERWOOD MORTGAGE GROUP** | **MAGISTRATE JUDGE WHITEHURST** |

**ORDER OF DISMISSAL**

The Court having received notice that the parties to this action have agreed to settle their claims [*see* ECF No. 37],

IT IS HEREBY ORDERED that this action shall be and is DISMISSED WITHOUT PREJUDICE. No later than sixty (60) days of the date hereof, the parties shall file one of the following: (a) a motion for entry of judgment on all claims, or a Rule 41(a) stipulation of dismissal; (b) a motion to reopen this matter and reinstate all claims for failure to finalize the settlement agreement; or (c) a motion to enforce the settlement agreement. The Court shall retain jurisdiction over this matter until such time as compliance with this Order has been fulfilled. If the parties do not file one of the above motions within sixty (60) days, this Order of Dismissal shall become a Final Judgment of Dismissal with prejudice, each party to bear their own costs.

THUS DONE in Chambers on this 24th day of May, 2024.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE
